### The Indianapolis and Oakland Gravel Road Company et al. *v.* Johnson et al.*

From the Marion Civil Circuit Court.

*S. Major*, for appellants.

*N. B. Taylor* and *E. Taylor*, for appellees.

PETTIT, C. J.—The lines of the transcript are not numbered, nor are marginal notes made as required by rule 19 of this court; and for this neglect in preparing it for our examination, the submission is set aside, at the costs of the appellants.

*November term, 1872.